IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**CHESTER CLAYTON**   **PETITIONER**

**V.**   **CAUSE NO. 3:19-CV-629-CWR-LRA**

**SHERIFF VICTOR MASON**   **RESPONDENT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Report and Recommendation of the United States Magistrate Judge, which was entered on June 29, 2020. Docket No. 8. The Report and Recommendation notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636. *Id.*

This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, this case is dismissed. A separate Final Judgment will issue this day.

**SO ORDERED**, this the 11th day of August, 2020.

                                       s/ Carlton W. Reeves
                                       UNITED STATES DISTRICT JUDGE